AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

__Western__ DISTRICT OF __North Carolina__

UNITED STATES OF AMERICA

V.

2) JEFF STEWART, aka "SCAT"

## WARRANT FOR ARREST

CASE NUMBER: 3:06CR189

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __2) JEFF STEWART, aka "SCAT"__
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court

[ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

**COCAINE CONSPIRACY and MONEY LAUNDERING.**

in violation of Title __21 & 18__ United States Code, Section(s) __846; 841(a)(1) and 1956(h)__

__FRANK G. JOHNS__
Name of Issuing Officer

_Tammy O'Brien_ (signature)
Signature of Issuing officer

Bail fixed at $ _____

__Clerk of Court__
Title of Issuing Officer

July __26__, 2006   __Charlotte, NC__
Date and Location

by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest